EASTERN CAROLINA INTERNAL MED., P.A. v. FAIDAS

[356 N.C. 607 (2002)]

EASTERN CAROLINA INTERNAL MEDICINE, P.A. v. ANNA FAIDAS, M.D., AN
INDIVIDUAL D/B/A COASTAL ONCOLOGY & HEMATOLOGY

No. 298A02

(Filed 20 December 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 149 N.C. App. 940, 564 S.E.2d 53 (2002), affirming an order for summary judgment entered 23 January 2001 and an order entered 27 February 2001 denying a motion for a new trial or for amendment of the original order, both orders entered by Alford, J., in Superior Court, Craven County. Heard in the Supreme Court 4 December 2002.

*Ward and Smith, P.A., by A. Charles Ellis and David B. Hawley, for plaintiff-appellee.*

*Glover & Petersen, by James R. Glover, for defendant-appellant.*

PER CURIAM.

AFFIRMED.